UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Ungar

-v.-

05 Civ. 3710 (RWS)

Morgan Stanley
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09

Please be advised that the conference scheduled for June 3, 09 has been rescheduled to Sept 9, 09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5-29-09

ROBERT W. SWEET
United States District Judge